IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN FRANCIS REYCHLER and<br>JENNIFER LYNN MARSHALL,<br><br>Defendant. | CR 18–4–BU–DLC<br><br>ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture (Doc. 101). Defendant Jennifer Lynn Marshall appeared before the Court on August 2, 2018, and entered a plea of guilty to Count I and Count V of the Indictment. She also admitted the forfeiture allegation. Defendant Steven Frances Reychler appeared before the Court on August 16, 2018, and entered a plea of guilty to Count I and Count V of the Indictment. He also admitted the forfeiture allegation. The defendants' pleas provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

Accordingly, IT IS ORDERED:

THAT defendants' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

-1-

Ruger .380 automatic pistol with laser sight (serial number 371318272); and any other firearms and ammunition involved in said offense.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 29th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court