IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18–04–BU–DLC |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| RUTH BAYONA, GEORGE ABEL GUTIERREZ, and STEVEN FRANCIS REYCHLER, | |
| Defendants. | |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 149.) Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on August 29, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 924(d).

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger .380 automatic pistol with laser sight (serial number 371318272); and any other firearms and ammunition involved in said offense.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 10th day of January, 2019.

Dana L. Christensen, Chief District Judge
United States District Court